**Affirmed as Modified; Opinion Filed November 29, 2017.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-16-01393-CR
No. 05-16-01394-CR
No. 05-16-01395-CR
No. 05-16-01396-CR

**ANTHONY MAURICE HUMPHREY, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

On Appeal from the Criminal District Court No. 5
Dallas County, Texas
Trial Court Cause Nos. F15-54229-L, F15-56573-L, F15-71388-L, F15-71389-L

## MEMORANDUM OPINION

Before Justices Lang, Brown, and Whitehill
Opinion by Justice Lang

Anthony Maurice Humphrey waived a jury trial and pleaded guilty to aggravated assault with a deadly weapon, aggravated robbery with a deadly weapon, compelling prostitution of a child younger than eighteen years, and trafficking a person younger than eighteen years for prostitution. After finding appellant guilty of all four offenses, the trial court assessed punishment at thirty years' imprisonment for the aggravated robbery conviction and twenty years' imprisonment each for the aggravated assault, compelling prostitution, and trafficking convictions. *See* TEX. PENAL CODE ANN. §§ 20A.02(b), 22.02(b), 29.03(b), 43.05(b) (West 2011 & Supp. 2017). On appeal, appellant's attorney filed a brief in which she concludes the appeals are wholly frivolous and without merit. The brief meets the requirements of *Anders v.*

*California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 812 (Tex. Crim. App. [Panel Op.] 1978) (determining whether brief meets requirements of *Anders*). Counsel delivered a copy of the brief to appellant. *See Kelly v. State*, 436 S.W.3d 313, 319–21 (Tex. Crim. App. 2014) (noting appellant has right to file pro se response to *Anders* brief filed by counsel).

Appellant filed a pro se response raising several issues. After reviewing counsel's brief, appellant's pro se response, and the record, we agree the appeals are frivolous and without merit. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We find nothing in the record that might arguably support the appeals.

Although not an arguable issue, we note a few clerical errors in the trial court's judgments. The record shows the attorney representing the State during the plea hearing was Brooke Grona-Robb, and Hilary Wright was the attorney representing the State during the sentencing hearing. The trial court's judgments incorrectly recite only Brooke Grona-Robb represented the State. Additionally, the record shows appellant entered open guilty pleas to the charges in the indictments in each case. The trial court's judgments, however, incorrectly state terms of plea bargain agreements. Accordingly, on our own motion, we modify each judgment as follows: (1) the section entitled "attorney for state" is "Brooke Grona-Robb and Hilary Wright," and (2) the section entitled "terms of plea bargain" is "open." TEX. R. APP. P. 43.2(b); *Bigley v. State*, 865 S.W.2d 26, 27–28 (Tex. Crim. App. 1993) (courts of appeals have authority to modify a judgment); *Estrada v. State*, 334 S.W.3d 57, 63–64 (Tex. App.—Dallas 2009, no pet.) (same).

As modified, we affirm the trial court's judgments.

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
161393F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

ANTHONY MAURICE HUMPHREY,
Appellant

No. 05-16-01393-CR       V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 5, Dallas County, Texas
Trial Court Cause No. F15-54229-L.
Opinion delivered by Justice Lang. Justices
Brown and Whitehill participating.

Based on the Court's opinion of this date, the judgment of the trial court is **MODIFIED** as follows:

The section entitled "Attorney for State" is modified to show "Brooke Grona-Robb and Hilary Wright."

The section entitled "Terms of Plea Bargain" is modified to show "Open."

As modified, we **AFFIRM** the trial court's judgment.

Judgment entered this 29th day of November, 2017.



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

ANTHONY MAURICE HUMPHREY,
Appellant

No. 05-16-01394-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 5, Dallas County, Texas
Trial Court Cause No. F15-56573-L.
Opinion delivered by Justice Lang. Justices
Brown and Whitehill participating.

Based on the Court's opinion of this date, the judgment of the trial court is **MODIFIED** as follows:

The section entitled "Attorney for State" is modified to show "Brooke Grona-Robb and Hilary Wright."

The section entitled "Terms of Plea Bargain" is modified to show "Open."

As modified, we **AFFIRM** the trial court's judgment.

Judgment entered this 29th day of November, 2017.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ANTHONY MAURICE HUMPHREY,
Appellant

No. 05-16-01395-CR　　　V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 5, Dallas County, Texas
Trial Court Cause No. F15-71388-L.
Opinion delivered by Justice Lang. Justices
Brown and Whitehill participating.

Based on the Court's opinion of this date, the judgment of the trial court is **MODIFIED** as follows:

The section entitled "Attorney for State" is modified to show "Brooke Grona-Robb and Hilary Wright."

The section entitled "Terms of Plea Bargain" is modified to show "Open."

As modified, we **AFFIRM** the trial court's judgment.

Judgment entered this 29th day of November, 2017.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ANTHONY MAURICE HUMPHREY,
Appellant

No. 05-16-01396-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 5, Dallas County, Texas
Trial Court Cause No. F15-71389-L.
Opinion delivered by Justice Lang. Justices
Brown and Whitehill participating.

Based on the Court's opinion of this date, the judgment of the trial court is **MODIFIED** as follows:

The section entitled "Attorney for State" is modified to show "Brooke Grona-Robb and Hilary Wright."

The section entitled "Terms of Plea Bargain" is modified to show "Open."

As modified, we **AFFIRM** the trial court's judgment.

Judgment entered this 29th day of November, 2017.